IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DAVID C. MERCIER,**<br><br>**Defendant.** | PO 25-5162-GF-TJC<br><br>Violation No. E1102591<br>Location Code: M13<br><br>**ORDER** |

Pending before the Court is the motion of the United States to vacate the initial appearance currently set for October 30, 2025, and to accept Defendant's payment of a $70 fine and $30 processing fee (for a total of $100) to resolve this matter. (Doc. 4.)

For good cause shown, IT IS ORDERED that the $100 payment by Defendant is accepted as a full adjudication of Violation No. E1102591.

IT IS FURTHER ORDERED that the initial appearance scheduled for October 30, 2025, is VACATED.

DATED this 28th day of October, 2025.

                                                     _____
                                                     TIMOTHY J. CAVAN
                                                     United States Magistrate Judge